FILED
2017 Jun-02  PM 04:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

**ALABAMA SJIS CASE DETAIL**


alacourt.com

County: **47**   Case Number: **CV-2017-900717.00**   Court Action:
Style: **GLADYS STRONG V. LIBERTY MUTUAL INSURANCE CO.**

**Real Time**

## Case

### Case Information

| | | | | | |
|---|---|---|---|---|---|
| County: | **47-MADISON** | Case Number: | CV-2017-900717.00 | Judge: | **ASA:ALISON S. AUSTIN** |
| Style: | **GLADYS STRONG V. LIBERTY MUTUAL INSURANCE CO.** | | | | |
| Filed: | **04/28/2017** | Case Status: | **ACTIVE** | Case Type: | **NEGLIGENCE MOTOR VEH** |
| Trial Type: | **BENCH** | Track: | | Appellate Case: | **0** |
| No of Plaintiffs: | **1** | No of Defendants: | **1** | | |

### Damages

| | | | | | |
|---|---|---|---|---|---|
| Damage Amt: | **0.00** | Punitive Damages: | **0.00** | General Damages: | **0.00** |
| No Damages: | | Compensatory Damages: | **0.00** | | |
| Pay To: | | Payment Frequency: | | Cost Paid By: | |

### Court Action

| | | | | |
|---|---|---|---|---|
| Court Action Code: | | Court Action Desc: | | Court Action Date: |
| Num of Trial days: | **14** | Num of Liens: | **0** | Judgment For: |
| Dispositon Date of Appeal: | | Disposition Judge:  : | | Disposition Type: |
| Revised Judgement Date: | | Minstral: | | Appeal Date: |
| Date Trial Began but No Verdict (TBNV1): | | | | |
| Date Trial Began but No Verdict (TBNV2): | | | | |

### Comments

Comment 1:
Comment 2:

### Appeal Information

| | | | | |
|---|---|---|---|---|
| Appeal Date: | | Appeal Case Number: | | Appeal Court: |
| Appeal Status: | | Orgin Of Appeal: | | |
| Appeal To: | | Appeal To Desc: | | LowerCourt Appeal Date: |
| Disposition Date Of Appeal: | | Disposition Type Of Appeal: | | |

### Administrative Information

| | | | | |
|---|---|---|---|---|
| Transfer to Admin Doc Date: | | Transfer Reason: | | Transfer Desc: |
| Number of Subpoenas: | | Last Update: | **05/11/2017** | Updated By: | **KAM** |

## Parties

### Party 1 - Plaintiff INDIVIDUAL - STRONG GLADYS

#### Party Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Party: | **C001-Plaintiff** | Name: | **STRONG GLADYS** | | Type: | **I-INDIVIDUAL** |
| Index: | **D LIBERTY MUTU** | Alt Name: | | Hardship: | **No** | JID: | **ASA** |
| Address 1: | **C/O HOLDER LAW FIRM** | | | Phone: | **(205) 714-7088** | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Address 2: | **2229 FIRST AVENUE NORTH** | | | | | | |
| City: | **BIRMINGHAM** | State: | **AL** | Zip: | **35203-0000** | Country: | **US** |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | **F** | Race: | |

## Court Action

| | | | | |
|---|---|---|---|---|
| Court Action: | | Court Action For: | | Court Action Date: |
| Amount of Judgement: | **$0.00** | | | Exemptions: |
| Cost Against Party: | **$0.00** | Other Cost: | **$0.00** | Date Satisfied: |
| Comment: | | | | Arrest Date: |
| Warrant Action Date: | | Warrant Action Status: | | Status Description: |

## Service Information

| | | | |
|---|---|---|---|
| Issued: | Issued Type: | Reissue: | Reissue Type: |
| Return: | Return Type: | Return: | Return Type: |
| Served: | Service Type | Service On: | Served By: |
| Answer: | Answer Type: | Notice of No Service: | Notice of No Answer: |

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | HOL091 | | HOLDER GARY BRYCE | HOLDERLAW@CHARTER.NET | (205) 714-7088 |

## Party 2 - Defendant BUSINESS - LIBERTY MUTUAL INSURANCE CO.

### Party Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Party: | **D001-Defendant** | Name: | **LIBERTY MUTUAL INSURANCE CO.** | | | Type: | **B-BUSINESS** |
| Index: | **C STRONG GLADY** | Alt Name: | | Hardship: | **No** | JID: | **ASA** |
| Address 1: | **C/O CSC LAWYERS INC. SERV** | | | Phone: | **(256) 000-0000** | | |
| Address 2: | **150 S. PERRY STREET** | | | | | | |
| City: | **MONTGOMERY** | State: | **AL** | Zip: | **36104-0000** | Country: | **US** |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | | Race: | |

### Court Action

| | | | | |
|---|---|---|---|---|
| Court Action: | | Court Action For: | | Court Action Date: |
| Amount of Judgement: | **$0.00** | | | Exemptions: |
| Cost Against Party: | **$0.00** | Other Cost: | **$0.00** | Date Satisfied: |
| Comment: | | | | Arrest Date: |
| Warrant Action Date: | | Warrant Action Status: | | Status Description: |

### Service Information

| | | | |
|---|---|---|---|
| Issued: | **04/28/2017** | Issued Type: | **C-CERTIFIED MAIL** | Reissue: | Reissue Type: |
| Return: | Return Type: | Return: | Return Type: |
| Served: | **05/03/2017** | Service Type | **C-CERTIFIED MAIL** | Service On: | Served By: |
| Answer: | Answer Type: | Notice of No Service: | Notice of No Answer: |

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|--------|---------------|-----------------|------|-------|-------|
| Attorney 1 | 000000 | | PRO SE | | |

## Financial

### Fee Sheet

| Fee Status | Admin Fee | Fee Code | Payor | Payee | Amount Due | Amount Paid | Balance | Amount Hold | Garnish Party |
|------------|-----------|----------|-------|-------|-----------|-------------|---------|-------------|---------------|
| ACTIVE | N | AOCC | C001 | 000 | $6.77 | $6.77 | $0.00 | $0.00 | 0 |
| ACTIVE | N | CONV | C001 | 000 | $0.00 | $21.31 | $0.00 | $0.00 | 0 |
| ACTIVE | N | CV05 | C001 | 000 | $481.00 | $481.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | VADM | C001 | 000 | $45.00 | $45.00 | $0.00 | $0.00 | 0 |
| | | | | Total: | $532.77 | $554.08 | -$21.31 | $0.00 | |

### Financial History

| Transaction Date | Description | Disbursement Accoun | Transaction Batch | Receipt Number | Amount | From Party | To Party | Money Type | Admin Fee | Reason | Attorney | Operator |
|------------------|-------------|---------------------|-------------------|----------------|--------|------------|----------|------------|-----------|--------|----------|----------|
| 05/01/2017 | CREDIT | CONV | 2017151 | 4692040 | $21.31 | C001 | 000 | | N | | | ELS |
| 05/01/2017 | RECEIPT | AOCC | 2017151 | 4692030 | $6.77 | C001 | 000 | | N | | | ELS |
| 05/01/2017 | RECEIPT | CV05 | 2017151 | 4692050 | $481.00 | C001 | 000 | | N | | | ELS |
| 05/01/2017 | RECEIPT | VADM | 2017151 | 4692060 | $45.00 | C001 | 000 | | N | | | ELS |

## Case Action Summary

| Date: | Time | Code | Comments | Operator |
|-------|------|------|----------|----------|
| 4/28/2017 | 10:16 AM | ECOMP | COMPLAINT E-FILED. | HOL091 |
| 4/28/2017 | 10:17 AM | FILE | FILED THIS DATE: 04/28/2017    (AV01) | AJA |
| 4/28/2017 | 10:17 AM | EORD | E-ORDER FLAG SET TO "Y"    (AV01) | AJA |
| 4/28/2017 | 10:17 AM | ASSJ | ASSIGNED TO JUDGE: ALISON STRICKLAND AUSTIN (AV01) | AJA |
| 4/28/2017 | 10:17 AM | SCAN | CASE SCANNED STATUS SET TO: N    (AV01) | AJA |
| 4/28/2017 | 10:17 AM | TDMN | BENCH/NON-JURY TRIAL REQUESTED    (AV01) | AJA |
| 4/28/2017 | 10:17 AM | STAT | CASE ASSIGNED STATUS OF: ACTIVE    (AV01) | AJA |
| 4/28/2017 | 10:17 AM | ORIG | ORIGIN: INITIAL FILING    (AV01) | AJA |
| 4/28/2017 | 10:17 AM | C001 | C001 PARTY ADDED: STRONG GLADYS    (AV02) | AJA |
| 4/28/2017 | 10:17 AM | C001 | INDIGENT FLAG SET TO: N    (AV02) | AJA |
| 4/28/2017 | 10:17 AM | C001 | C001 E-ORDER FLAG SET TO "N"    (AV02) | AJA |
| 4/28/2017 | 10:17 AM | C001 | LISTED AS ATTORNEY FOR C001: HOLDER GARY BRYCE | AJA |
| 4/28/2017 | 10:17 AM | D001 | INDIGENT FLAG SET TO: N    (AV02) | AJA |
| 4/28/2017 | 10:17 AM | D001 | D001 PARTY ADDED: LIBERTY MUTUAL INSURANCE CO. | AJA |
| 4/28/2017 | 10:17 AM | D001 | CERTIFIED MAI ISSUED: 04/28/2017 TO D001   (AV02) | AJA |
| 4/28/2017 | 10:17 AM | D001 | LISTED AS ATTORNEY FOR D001: PRO SE    (AV02) | AJA |
| 4/28/2017 | 10:17 AM | D001 | D001 E-ORDER FLAG SET TO "N"    (AV02) | AJA |
| 4/28/2017 | 10:29 AM | TEXT | SPOKE WITH ATTY. GARY HOLDER HE DOES NOT WANT | KAC |
| 4/28/2017 | 10:29 AM | TEXT | JURY DEMAND HE IS AMENDING COMPLAINT. | KAC |
| 4/28/2017 | 10:50 AM | EAMEN | AMENDED COMPLAINT E-FILED. | HOL091 |
| 5/1/2017 | 9:28 AM | ESCAN | SCAN - FILED 4/28/2017 - SUMMONS ISSUED | KAC |
| 5/9/2017 | 1:28 PM | ESERC | SERVICE RETURN | BEA |
| 5/9/2017 | 1:28 PM | D001 | SERVICE OF CERTIFIED MAI ON 05/03/2017 FOR D001 | BEA |
| 5/11/2017 | 1:26 PM | EVNT | ANSWER?    (AV25) | KAM |

***END OF THE REPORT***

ELECTRONICALLY FILED
4/28/2017 10:16 AM
47-CV-2017-900717.00
CIRCUIT COURT OF
MADISON COUNTY, ALABAMA
DEBRA KIZER, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev.5/99 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case 47<br><br>Date of Filing:<br>04/28/2017 | Judge Code: |
|---|---|---|---|

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA
### GLADYS STRONG v. LIBERTY MUTUAL INSURANCE CO.

**First Plaintiff:** ☐ Business  ☑ Individual   **First Defendant:** ☑ Business  ☐ Individual
☐ Government  ☐ Other                  ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☑ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other:_____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Properly

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/ Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/ Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:   F** ☑ **INITIAL FILING**      **A** ☐ **APPEAL FROM DISTRICT COURT**      **O** ☐ **OTHER**

**R** ☐ **REMANDED**      **T** ☐ **TRANSFERRED FROM OTHER CIRCUIT COURT**

**HAS JURY TRIAL BEEN DEMANDED?** ☐ YES ☑ NO      Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**      ☑ MONETARY AWARD REQUESTED  ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**

| HOL091 | 4/28/2017 10:16:11 AM | /s/ GARY BRYCE HOLDER MR. |
|---|---|---|
| | Date | Signature of Attorney/Party filing this form |

**MEDIATION REQUESTED:**      ☐ YES ☑ NO ☐ UNDECIDED

ELECTRONICALLY FILED
4/28/2017 10:16 AM
47-CV-2017-900717.00
CIRCUIT COURT OF
MADISON COUNTY, ALABAMA
DEBRA KIZER, CLERK

## IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

| | |
|---|---|
| GLADYS STRONG, an individual, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action Number |
| | ) |
| LIBERTY MUTUAL INSURANCE CO. | ) |
| | ) |
| Defendants. | ) |

**Fictitious Defendants A and B, thereby intended to refer to the legal entity or entities, person or persons, firm or firms, corporation or corporations, who issued, bound, or underwrote any policy of automobile insurance or other insurance which may or might inure to the benefit of the Plaintiff in the above styled cause regarding the injuries complained of herein.**

**The identities of the above named Fictitious Defendants are unknown at this time but will be added by amendment when ascertained,**

**Defendants.                              )**

## COMPLAINT

1. Plaintiff, Gladys Strong, is an adult residing in Limestone County, Alabama.

2. Defendant, Liberty Mutual Insurance Co., is an insurance company doing business in Alabama.

3. Plaintiff is without sufficient information, knowledge and belief to state the true and proper identities of the fictitious Defendants named in the style of this Complaint, but will aver same when ascertained.

4. Plaintiff avers that on or about January 2, 2015**,** the Plaintiff was struck by a vehicle being operated by Tyler Trotter upon a public road-way, to wit, Nick Davis Road, Madison County, Alabama.  At about 1245 hours on said date,

Trotter so negligently, carelessly, recklessly and/or wantonly operated his vehicle as to collide with a telephone pole.

5.    As a direct and/or proximate consequence of the aforesaid negligence and/or wantonness and recklessness of Trotter, the Plaintiff was caused to suffer serious and substantial personal injuries. Said injuries are permanent in nature. Plaintiff has been prevented from going about her daily pursuits and duties and has been caused to suffer great physical pain and suffering and mental anguish and will continue to suffer those injuries permanently. Plaintiff was caused to incur lost wages and medical expenses in the form of drug costs, physician's charges, and hospital bills. All of this was to her detriment.

6.    The Plaintiff avers that Fictitious Defendants A and B are mutual or stock insurance companies which issued, bound, or underwrote a policy or policies of automobile or other insurance which may act to inure to the benefit of Plaintiff, relating to the matters complained of heretofore.

7.    The Plaintiff further avers that there was a policy of insurance issued by Defendant, Liberty Mutual Insurance Co., which was issued to or provides coverage for Plaintiff and which was in effect at the time of the accident.

WHEREFORE, PREMISES CONSIDERED, Plaintiff demands judgment against the Defendant, including fictitious party defendants, in a sum in excess of the minimum jurisdictional limits of this Court, to be determined by a jury.

Plaintiff furthermore demands the following:

1) For damages awardable to the Plaintiff, as follows:

   a) for damages to her automobile

   b) for past and future medical expenses,

   c) for past and future travel expenses,

   d) for past and future loss of enjoyment of life,

   e) for past and future pain and suffering, both mental and physical,

   f) for lost wages,

   g) for punitive damages to Plaintiff in an amount which adequately reflects the
      enormity of the Defendants' wrongful acts and which will prevent other similar or
      wrongful acts, together with interest from the date of the injury,

   h) all in an amount which will adequately compensate the Plaintiff for those
      damages as determined at trial, but in any event not less than the minimum
      jurisdictional limits of this Court, and;


2) That proper process issue and be served upon Defendant and that the Defendant be
   required to appear and answer this Complaint, and;

3) For a jury of 12 persons to try this cause, and;

4) For such other and further relief as to the Court may be just and proper.

**/s/Gary Bryce Holder**


_____

**Gary B. Holder (ASB-9756-H70G)**

Holder Law Firm
P.O. Box 19667
Birmingham, AL 35219
(205) 714-7088
Fax (205) 449-9425

Plaintiff's Address:

Gladys Strong
c/o Holder Law
P.O. Box 19667
Birmingham, AL 35219

Please serve Defendants via certified mail as follows:


Defendant's Addresses


Liberty Mutual Insurance Co.
C/O CSC-Lawyers Incorporating Service, Inc.
150 South Perry Street
Montgomery, AL 36104

***Please serve the Summons and Complaint.***



AlaFile E-Notice

47-CV-2017-900717.00

To:   GARY BRYCE HOLDER MR.
      Holderlaw@charter.net

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

GLADYS STRONG V. LIBERTY MUTUAL INSURANCE CO.
47-CV-2017-900717.00

The following complaint was FILED on 4/28/2017 10:15:23 AM

Notice Date:    4/28/2017 10:15:23 AM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390



AlaFile E-Notice

47-CV-2017-900717.00

To:   LIBERTY MUTUAL INSURANCE CO.
      C/O CSC LAWYERS INC. SERV
      150 S. PERRY STREET
      MONTGOMERY, AL, 36104

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

GLADYS STRONG V. LIBERTY MUTUAL INSURANCE CO.
47-CV-2017-900717.00

The following complaint was FILED on 4/28/2017 10:15:23 AM

Notice Date:      4/28/2017 10:15:23 AM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>47-CV-2017-900717.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA**
**GLADYS STRONG V. LIBERTY MUTUAL INSURANCE CO.**

**NOTICE TO:** LIBERTY MUTUAL INSURANCE CO., C/O CSC LAWYERS INC. SERV 150 S. PERRY STREET, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), GARY BRYCE HOLDER MR.

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 1101 S. Shadesview Terr, Homewood, AL 35209

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of GLADYS STRONG pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 4/28/2017 10:15:23 AM | /s/ DEBRA KIZER | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.          /s/ GARY BRYCE HOLDER MR.

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____.

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*          *(Name of County)*

Alabama on _____.

*(Date)*

_____          _____          _____

*(Type of Process Server)*          *(Server's Signature)*          *(Address of Server)*

_____          _____

*(Server's Printed Name)*          *(Phone Number of Server)*

ELECTRONICALLY FILED
4/28/2017 10:50 AM
47-CV-2017-900717.00
CIRCUIT COURT OF
MADISON COUNTY, ALABAMA
DEBRA KIZER, CLERK

## IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

| | |
|---|---|
| GLADYS STRONG, an individual, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civil Action Number |
| | ) |
| LIBERTY MUTUAL INSURANCE CO. | ) |
| | ) |
|     Defendants. | ) |

**Fictitious Defendants A and B, thereby intended to refer to the legal entity or entities, person or persons, firm or firms, corporation or corporations, who issued, bound, or underwrote any policy of automobile insurance or other insurance which may or might inure to the benefit of the Plaintiff in the above styled cause regarding the injuries complained of herein.**

**The identities of the above named Fictitious Defendants are unknown at this time but will be added by amendment when ascertained,**

**Defendants.**          )

## <u>AMENDED COMPLAINT</u>

1. Plaintiff, Gladys Strong, is an adult residing in Limestone County, Alabama.

2. Defendant, Liberty Mutual Insurance Co., is an insurance company doing business in Alabama.

3. Plaintiff is without sufficient information, knowledge and belief to state the true and proper identities of the fictitious Defendants named in the style of this Complaint, but will aver same when ascertained.

4. Plaintiff avers that on or about January 2, 2015**,** the Plaintiff was struck by a vehicle being operated by Tyler Trotter upon a public road-way, to wit, Nick Davis Road, Madison County, Alabama.  At about 1245 hours on said date,

Trotter so negligently, carelessly, recklessly and/or wantonly operated his vehicle as to collide with a telephone pole.

5.     As a direct and/or proximate consequence of the aforesaid negligence and/or wantonness and recklessness of Trotter, the Plaintiff was caused to suffer serious and substantial personal injuries. Said injuries are permanent in nature. Plaintiff has been prevented from going about her daily pursuits and duties and has been caused to suffer great physical pain and suffering and mental anguish and will continue to suffer those injuries permanently.  Plaintiff was caused to incur lost wages and medical expenses in the form of drug costs, physician's charges, and hospital bills.  All of this was to her detriment.

6.     The Plaintiff avers that Fictitious Defendants A and B are mutual or stock insurance companies which issued, bound, or underwrote a policy or policies of automobile or other insurance which may act to inure to the benefit of Plaintiff, relating to the matters complained of heretofore.

7.     The Plaintiff further avers that there was a policy of insurance issued by Defendant, Liberty Mutual Insurance Co., which was issued to or provides coverage for Plaintiff and which was in effect at the time of the accident.


WHEREFORE, PREMISES CONSIDERED, Plaintiff demands judgment against the Defendant, including fictitious party defendants, in a sum in excess of the minimum jurisdictional limits of this Court.


Plaintiff furthermore demands the following:

1) For damages awardable to the Plaintiff, as follows:

   a) for damages to her automobile

   b) for past and future medical expenses,

   c) for past and future travel expenses,

   d) for past and future loss of enjoyment of life,

   e) for past and future pain and suffering, both mental and physical,

   f) for lost wages,

   g) for punitive damages to Plaintiff in an amount which adequately reflects the enormity of the Defendants' wrongful acts and which will prevent other similar or wrongful acts, together with interest from the date of the injury,

   h) all in an amount which will adequately compensate the Plaintiff for those damages as determined at trial, but in any event not less than the minimum jurisdictional limits of this Court, and;


2) That proper process issue and be served upon Defendant and that the Defendant be required to appear and answer this Complaint, and;

3) For a jury of 12 persons to try this cause, and;

4) For such other and further relief as to the Court may be just and proper.

**/s/Gary Bryce Holder**

_____

**Gary B. Holder (ASB-9756-H70G)**

Holder Law Firm
P.O. Box 19667
Birmingham, AL 35219
(205) 714-7088
Fax (205) 449-9425

Plaintiff's Address:

Gladys Strong
c/o Holder Law
P.O. Box 19667
Birmingham, AL 35219

Please serve Defendants via certified mail as follows:

Defendant's Addresses

Liberty Mutual Insurance Co.
C/O CSC-Lawyers Incorporating Service, Inc.
150 South Perry Street
Montgomery, AL 36104

**_Please serve the Summons and Complaint._**



AlaFile E-Notice

47-CV-2017-900717.00

To:  GARY BRYCE HOLDER MR.
     Holderlaw@charter.net

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

GLADYS STRONG V. LIBERTY MUTUAL INSURANCE CO.
47-CV-2017-900717.00

The following complaint was FILED on 4/28/2017 10:50:01 AM

Notice Date:      4/28/2017 10:50:01 AM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390



AlaFile E-Notice

47-CV-2017-900717.00

To: LIBERTY MUTUAL INSURANCE CO. (PRO SE)
C/O CSC LAWYERS INC. SERV
150 S. PERRY STREET
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

GLADYS STRONG V. LIBERTY MUTUAL INSURANCE CO.
47-CV-2017-900717.00

The following complaint was FILED on 4/28/2017 10:50:01 AM

Notice Date:     4/28/2017 10:50:01 AM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390

ORIGINAL

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>47-CV-2017-900717.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA**
**GLADYS STRONG V. LIBERTY MUTUAL INSURANCE CO.**

*0001*
**NOTICE TO:** LIBERTY MUTUAL INSURANCE CO., C/O CSC LAWYERS INC. SERV 150 S. PERRY STREET, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
GARY BRYCE HOLDER MR.

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 1101 S. Shadesview Terr, Homewood, AL 35209

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL**
**PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of GLADYS STRONG

*[Name(s)]*

pursuant to the Alabama Rules of the Civil Procedure.

| 4/28/2017 10:15:23 AM | /s/ DEBRA KIZER | By: *KL* |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.

/s/ GARY BRYCE HOLDER MR.
*(Plaintiff's/Attorney's Signature)*

7015 0640 0001 1950 9916

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on

☐ I certify that I personally delivered a copy of this Summons and ___ in ___

___ *(Name of Person Served)*

Alabama on ___
*(Date)*

___ *(Type of Process Server)*

___ *(Server's Signature)*

___ *(Server's Printed Name)*

47-CV-2017-9007...
GLADYS STRONG V. LIBERTY MUTU...

C001 - GLADYS STRONG                    v.
*(Plaintiff)*

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

**SERVICE RETURN COPY**

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Liberty Mutual Insurance Co.
c/o CSC Lawyers Inc. Serv.
150 S. Perry Street
Montgomery, AL  36104



9590 9401 0038 5168 1189 96

2. Article Number *(Transfer from service label)*

7015 0640 0001 1950 9916

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X    CSC

☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

5/3/17

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

**FILED IN OFFICE**

**MAY - 9 2017**

DEBRA KIZER
Clerk, Circuit Court Madison Co., AL

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053    CV 17 900712    Domestic Return Receipt



UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Debra Kizer, Circuit Clerk
Circuit Court Division
Madison County Courthouse
100 North Side Square
Huntsville, AL 35801-4820

USPS TRACKING#



9590 9401 0038 5168 1189 96



AlaFile E-Notice

47-CV-2017-900717.00

Judge: ALISON S. AUSTIN

To:   HOLDER GARY BRYCE
      Holderlaw@charter.net

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

GLADYS STRONG V. LIBERTY MUTUAL INSURANCE CO.
47-CV-2017-900717.00

The following matter was served on 5/3/2017

D001 LIBERTY MUTUAL INSURANCE CO.
Corresponding To
CERTIFIED MAIL

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390